FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

05 SEP 15 PM 2:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| TY KEVIN BAUER | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-2428 BV |
| CARTY & COMPANY, INC., | ) |
| Defendant. | ) |

## ORDER ON DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

Upon the filing of Defendant's Motion For Protective Order, the Court, after considering the pleadings filed in this matter and the entire record as a whole, finds that the Motion is well taken. *The plaintiff has not responded to the motion, and the time for response has expired.*

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion For Protective Order is granted and all pending and/or future discovery in this matter is hereby precluded and may not be had by any party to this action.

_____
JUDGE DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

September 15, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-16-05

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02428 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Scott A. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Shepherd D. Tate
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Jerrod Benjamin Smith
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT