IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TY KEVIN BAUER,

    Plaintiff,

vs.                                                                                                                                                                                                                     No. 04-2428-B/V

CARTY & COMPANY, INC.,

    Defendant.

---

## ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE
## TO DEFENDANT'S MOTION

---

On September 2, 2005, the Defendant, Carty & Company, Inc., submitted a memorandum pursuant to 9 U.S.C. §§ 6 and 10, describing this document as "further support of its request that the Court dismiss Plaintiff's Complaint to vacate the underlying Arbitration Award. . . ." Along with the memorandum were the affidavits of Jerrod B. Smith, Scott T. Beall and John J. Heflin, and other attachments. Because the initial pleading is denoted as a "Memorandum" in further support of what would appear to be a motion to dismiss, the Court reviewed its docket sheet and determined that there were no pending motions to dismiss. Upon review of the memorandum filed by the Defendant, it appears that Carty seeks to dismiss the complaint which Defendant perceives as the Plaintiff's motion to vacate the underlying arbitration award.

Although the Defendant did not style the pleading as a motion to dismiss, the

Court nonetheless construes it as such and directs the Plaintiff, Bauer, to respond within thirty (30) days of the entry of this order as permitted by the Federal Rules of Civil Procedure. Because additional documents are submitted for the Court's consideration, this memorandum may also be construed as a motion for summary judgment under Rule 56, Federal Rules of Civil Procedure.

Accordingly, the Plaintiff is directed to submit his response to the Defendant's "motion to dismiss" filed September 2, 2005, within the time constraints of the Federal Rules and the Local Rules of this Court.

**IT IS SO ORDERED** this 19th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02428 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Scott A. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Jerrod Benjamin Smith
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Shepherd D. Tate
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT