IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 13 PM 1:36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

TY KEVIN BAUER,

    Plaintiff,

v.                                  NO. 04-2428 BW

CARTY & COMPANY, INC.,

    Defendant.

---

## [PROPOSED] ORDER ALLOWING FILING OF AMENDED COMPLAINT

---

For all reasons stated in Plaintiff's Motion to Amend Complaint, and for good cause shown, Plaintiff's Motion shall be granted.

IT IS, THEREFORE, ORDERED that Plaintiff shall be allowed to file an Amended Complaint in this cause to correct language inadvertently misquoted in the original Complaint.

_____
Diane K. Vescovo
UNITED STATES DISTRICT COURT Magistrate JUDGE

DATE: October 12, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-14-05

{L:\WDOX\BKClient\20720\000\pld\00007657.DOC}

36

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02428 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Shepherd D. Tate
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Jerrod Benjamin Smith
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Scott A. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT